DAVID H. KRAMER, State Bar No. 168452
BART E. VOLKMER, State Bar No. 223732
WILSON SONSINI GOODRICH & ROSATI
PROFESSIONAL CORPORATION
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email: dkramer@wsgr.com

Attorneys for Plaintiff
Google Inc.

UNITED STATED DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GOOGLE INC., a Delaware Corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>BLUES DESTINY RECORDS, L.L.C., a Florida Limited Liability Company,<br><br>    Defendant. | CASE NO.: C 10-01824 JSW<br><br>**GOOGLE INC.'S NOTICE OF VOLUNTARY DISMISSAL OF COMPLAINT WITHOUT PREJUDICE** |

NOTICE OF VOLUNTARY DISMISSAL
CASE NO.: C 10-01824 JSW

NOTICE IS HEREBY GIVEN that pursuant to Fed. R. Civ. P. 41(a)(i), plaintiff Google Inc. hereby voluntarily dismisses its Complaint in the above-captioned *without* prejudice, with each party to bear to their own costs and fees.

Dated:  June 15, 2010

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By:  /s/
David H. Kramer
dkramer@wsgr.com

Attorneys for Plaintiff Google Inc.

# CERTIFICATE OF SERVICE

I, Deborah Grubbs, declare:

I am employed in Santa Clara County, State of California. I am over the age of 18 years and not a party to the within action. My business address is Wilson Sonsini Goodrich & Rosati, 650 Page Mill Road, Palo Alto, California 94304-1050.

On this date, I served **GOOGLE INC.'S NOTICE OF VOLUNTARY DISMISSAL OF COMPLAINT WITHOUT PREJUDICE** by forwarding the document(s) by electronic transmission on this date to:

> Mr. Bennett G. Fisher
> Fisher & Associates
> 1800 Two Houston Center
> 909 Fannin Street
> Houston, Texas 77010
> email: bgf@fisherlaw.net

I am readily familiar with Wilson Sonsini Goodrich & Rosati's practice for collection and processing of documents for delivery according to instructions indicated above. In the ordinary course of business, documents would be handled accordingly.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed at Palo Alto, California on June 15, 2010.

                                                       /s
                                             Deborah Grubbs